```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:13MJ00008 JLT |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS IN THE INTEREST OF JUSTICE AND PROPOSED ORDER |
| v. | |
| EMMANUEL APODACA, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys hereby moves to dismiss the above-captioned matter in the interest of justice. After conferring with the Kern County District Attorney's Office, the government will defer to the state in the prosecution of this matter as to this defendant only. State charges will be reinstated.

DATED: January 28, 2013                         Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                By /s/ Karen A. Escobar
                                                    KAREN A. ESCOBAR
                                                    Assistant U.S. Attorney

1

O R D E R

It is so ordered.

DATED: January 28, 2013

JENNIFER L. THURSTON
U.S. Magistrate Judge